FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Nov 9, 2017
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| JOHN "JAY" MYATT,<br><br>    Plaintiff,<br><br>v.<br><br>SMITH & NEPHEW, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 17-3102 TLB<br>)  (Removed from the Circuit Court<br>)  of Searcy County, Arkansas<br>)  Case No. 65 CV-17-52)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant Smith & Nephew, Inc. ("Smith & Nephew") hereby gives notice of removal of the civil action from the Circuit Court of Searcy County, Arkansas to the United States District Court for the Western District of Arkansas, Harrison Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice of Removal, Smith & Nephew states as follows:

1. Plaintiff commenced a civil action in the Circuit Court of Searcy County, Arkansas styled *John "Jay" Myatt v. Smith & Nephew, Inc.*, Case No. 65 CV-17-52, on October 10, 2017.

2. Smith & Nephew first received a Summons and copy of the Complaint when it was formally served upon the agent authorized by Smith & Nephew to accept service thereof on October 27, 2017. A copy of the process and pleadings served upon or otherwise received by Smith & Nephew is attached to this Notice of Removal as Exhibit 1.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) in that

Smith & Nephew is removing this action within thirty (30) days of receipt of the Complaint.

4. This product liability action is a civil suit arising from claims against Smith & Nephew for negligence, breach of various warranties, and strict liability for injuries Plaintiff claims he suffered because of Smith & Nephew's alleged wrongful conduct in connection with the development, design, manufacture, assembly, inspection, distribution, and sale of a certain prosthetic hip.

5. The matter in controversy is in excess of $75,000 as admitted by Plaintiff in his Complaint. *See* Compl. at ¶30 ("Plaintiff makes a demand against the Defendant, jointly and severally, for a sum *in excess of* $75,000.00 together with pre-judgment interest, attorney's fees, costs, and all other relief to which the Plaintiff may be entitled.") (emphasis added). As such, Plaintiff's claims are above the federal jurisdictional limits.

6. The action involves a controversy between citizens of different states. Smith & Nephew is a corporation organized under the laws of the state of Delaware with its principal place of business in the state of Tennessee and no other state. *See* Compl. at ¶4. Plaintiff is a resident of Searcy County, Arkansas. *Id.* at ¶3.

7. Accordingly, the state court action is one in which this Court has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Western District of Arkansas, Harrison Division, is the federal judicial district embracing the venue where the state court Action was filed.

9. The date on or before which Smith & Nephew is required by the laws of the State of Arkansas to answer or move with respect to the Complaint filed by Plaintiff in the state court action has not lapsed.

10. Pursuant to 28 U.S.C. § 1446(d), true and correct copies of this Notice of Removal will be promptly served on counsel for Plaintiff and filed with the clerk of the Circuit Court of Searcy County, Arkansas. A copy of the Notice of Filing of Notice of Removal is attached as Exhibit 2.

11. By filing this Notice of Removal, Smith & Nephew does not waive, either expressly or impliedly, its respective rights to assert any defense that could have been asserted in the Circuit Court of Searcy County, Arkansas.

WHEREFORE, Smith & Nephew hereby gives notice of the removal of this action from the Circuit Court of Searcy County, Arkansas to this Court, and prays for all other proper relief to which it is entitled.

Respectfully submitted,

Robert E. Craddock, Jr. (AR Bar #2008296)
Glen G. Reid (TN Bar ## 8184)
Counsel Is Admitted in W.D. Arkansas
Matthew M. Lubozynski (TN Bar #033163)
Counsel Is Admitted in W.D. Arkansas

>Wyatt Tarrant & Combs, LLP
>1715 Aaron Brenner Drive, Suite 800
>Memphis, Tennessee  38120-4367
>(901) 537-1000 telephone
>(901) 537-1010 facsimile
>rcraddock@wyattfirm.com
>greid@wyattfirm.com
>mlubozynski@wyattfirm.com
>
>*Counsel for Defendant Smith & Nephew, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 9, 2017, the foregoing was served via first-class mail, postage prepaid, and electronic mail upon the following.

DAVID A. HODGES
Attorney at Law
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
david@hodgeslaw.com

Robert E. Craddock, Jr.

61667593.1